Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

R.T.S
A.N.

FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dennis Fongeallaz
SBI #153914
Delaware Correctional Center
1181 Paddock R
Smyrna, DE



A C S
☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN     ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

RETURN TO

04-849 JJF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS FONGEALLAZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-849 JJF |
| FIRST CORRECTIONAL MEDICAL, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendant filed a motion and memorandum in support to dismiss all claims in the complaint (D.I. 21);

WHEREAS, the Plaintiff's Answering Brief was due on March 8, 2005;

WHEREAS, the Plaintiff has not yet filed an Answering Brief;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief within **ten (10) days** of the date of this Order. If Plaintiff does not file an Answering Brief by the date indicated, the Court will render its decision on the papers submitted.

April 28, 2005
DATE

UNITED STATES DISTRICT JUDGE