IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DENNIS FONGEALLAZ, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-849 JJF
:
FIRST CORRECTIONAL MEDICAL, :
:
    Defendants. :

## ORDER

WHEREAS, Defendant filed a motion and memorandum in support to dismiss all claims in the complaint (D.I. 21);

WHEREAS, the Plaintiff's Answering Brief was due on March 8, 2005;

WHEREAS, the Plaintiff has not yet filed an Answering Brief;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief within **ten (10) days** of the date of this Order. If Plaintiff does not file an Answering Brief by the date indicated, the Court will render its decision on the papers submitted.

April 28, 2005
DATE

UNITED STATES DISTRICT JUDGE

