IN THE UNITED STATES DISTRICT COUR

FOR THE DISTRICT OF DELAWARE

DENNIS FONGEALLAZ, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-849 JJF
:
FIRST CORRECTIONAL MEDICAL, :
:
    Defendants. :

O R D E R

    WHEREAS, Defendant filed a motion and memorandum in support to dismiss all claims in the complaint (D.I. 21);

    WHEREAS, the Plaintiff's Answering Brief was due on March 8, 2005;

    WHEREAS, the Plaintiff has not yet filed an Answering Brief;

    NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief within **ten (10) days** of the date of this Order. If Plaintiff does not file an Answering Brief by the date indicated, the Court will render its decision on the papers submitted.

April 28, 2005
DATE

UNITED STATES DISTRICT JUDGE

RECEIVED
JUN 1 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dennis Fongeallaz
SBI #153914
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RTS — RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/ STREET
C ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD
☒ OTHER

19801-3519 12

WILMINGTON DE 198
PM
2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S.
R T S
TRAY

Shit