IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DENNIS FONGEALLAZ,                :
                                  :
      Plaintiff,                  :
                                  :
      v.                          :   Civil Action No. 04-849 JJF
                                  :
FIRST CORRECTIONAL MEDICAL,       :
                                  :
      Defendants.                 :

## ORDER

WHEREAS, Defendant filed a motion and memorandum in support to dismiss all claims in the complaint (D.I. 21);

WHEREAS, the Plaintiff's Answering Brief was due on March 8, 2005;

WHEREAS, the Plaintiff has not yet filed an Answering Brief;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief within **ten (10) days** of the date of this Order. If Plaintiff does not file an Answering Brief by the date indicated, the Court will render its decision on the papers submitted.

April 28, 2005                              /s/ Joseph J. Farnan
    DATE                              UNITED STATES DISTRICT JUDGE



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Dennis Fongeallaz
SBI #153914
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

