Case 1:04-cv-00849-JJF  Document 29  Filed 08/01/2005  Page 1 of 1

07/30/2005 16:22   302-573-6435         JUDGE FARNAN                    PAGE 01/01

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

04-cv-849 (JJF)

TO:    CCIC, Department of Corrections
       Fax number 8-302-739-7486

FROM:  Peter T. Dalleo, Clerk, U.S. District Court

Re:    Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Dennis Fongeallaz
SBI #153914
Delaware Correctional Center
1181 Paddock Road

[signature] Belton
Deputy Clerk
302 5736137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

LKA: 202 Milford Ave
Wilm De 19809

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court