IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS M. FONGEALLAZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-849 JJF |
| FIRST CORRECTIONAL MEDICAL, | : |
| Defendant. | : |

**O R D E R**

At Wilmington, this 31 day of August 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the Motion To Dismiss (D.I. 21) filed by Defendant First Correctional Medical is **GRANTED**.

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE