

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS M. FONGEALLAZ,          :
                               :
        Plaintiff,             :
                               :
   v.                          : Civil Action No. 04-849 JJF
                               :
FIRST CORRECTIONAL MEDICAL,    :
                               :
        Defendant.             :

Dennis M. Fongeallaz, Smyrna, Delaware.
Pro se Plaintiff.

Daniel L. McKenty, Esquire, Steven F. Mones, Esquire, and Dana M. Spring, Esquire of MCCULLOUGH & McKENTY, P.A., Wilmington, Delaware.
Attorneys for Defendant.

## MEMORANDUM OPINION

August 31, 2005
Wilmington, Delaware



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RTS
ANK

Dennis Forgeallaz
SBI #153914
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

U.S.M.S.
X-RAY

RETURN FOR POSTAGE