



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Dennis Fongeallaz
SBI #153914
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RTS
AJK